IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> vs. <br><br> FELICE MICHAEL GIORGETTI, and ROBERTPATRICK RAHON, <br><br> Defendants. | 4:18CR3037 <br><br> ORDER |

Defendant Giorgetti has moved to continue the initial appearance in this case so he can first complete treatment. (Filing No. 25). The government does not oppose the motion.

Defendants Giorgetti and Rahon will be tried together. As such, a five-month delay of the initial appearance of Defendant Giorgetti will impact the rights of Defendant Rahon, who appeared before this court on May 10, 2018, and this court's trial scheduling processes. Trial is currently set for August 6, 2018.

Accordingly,

IT IS ORDERED:

1) Defendant Giorgetti's motion to continue his initial appearance, (Filing No. 16) is denied.

2) Defendant Giorgetti shall promptly schedule his initial appearance. To limit disruption of Defendant Giorgetti's treatment, with Defendant's consent and advance notice provided to my courtroom deputy, the initial appearance can be held by videoconference.

June 25, 2018.                    BY THE COURT:

                                  *s/ Cheryl R. Zwart*
                                  United States Magistrate Judge