IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3037-1 |
| vs. | **ORDER** |
| FELICE MICHAEL GIORGETTI, | |
| Defendant. | |

IT IS ORDERED that Defendant Giorgetti's motion for reconsideration (filing no. 105) is denied.

Dated this 16th day of March, 2020.

BY THE COURT:

Richard G. Kopf
Senior United States District Judge